IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JARON ENNIS<br><br>v.<br><br>NOW BOXING PROMOTIONS | CIVIL ACTION<br><br>NO. 24-578<br><br>Before the Hon. Michael M. Baylson |
|---|---|

### ORDER

**AND NOW, TO WIT:** This 26th day of March, 2024, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs. The Clerk of Court shall mark this case **CLOSED**.

**GEORGE WYLESOL**, Clerk of Court

**BY:** /s/ Lori K. DiSanti

Lori K. DiSanti
Deputy Clerk

O:\CIVIL 24\24-578 Ennnis v Now Boxing\24cv578 41b.docx